962 A.2d 670 (2009)
In the Matter of the ESTATE OF Laird M. WOLFE, Deceased.
Appeal of Linda D. Wolfe.
No. 21 WAP 2008
Supreme Court of Pennsylvania.
Argued September 8, 2008.
Decided January 22, 2009.
David Matthew Gulnac, Esq., for Linda D. Wolfe.
Louis C. Alvin, Esq., Pittsburgh, for Eva J. Allen.
BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

*671 ORDER

PER CURIAM.
The appeal is dismissed as having been IMPROVIDENTLY GRANTED.